**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JASON N. SELF
REG. #22735-009                                                                                                  PETITIONER

VS.                                             2:05CV00205 JLH/JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                                                        RESPONDENTS

### ORDER

Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and has paid the $5.00 filing fee. (Docket entry #1.) Therefore, the Court will order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2.      Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this __8th__ day of September, 2005.


_____
UNITED STATES MAGISTRATE JUDGE