IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JASON N. SELF
REG. # 22735-009                                                                              PETITIONER

VS.                                      2:05CV00205 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                 RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that:

1. Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is GRANTED IN PART, and DENIED IN PART; and

2. Respondent is directed to: (a) consider, in good faith, transferring Petitioner to a CCC for the last six months of his sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 Policy and the February 2005 Rule; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months; and

3. Petitioner's remaining claims are DISMISSED, WITH PREJUDICE.

Dated this 30th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE